# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 698 |
| | : | |
| ORDER  AMENDING RULES 1920.14, | : | CIVIL PROCEDURAL RULES |
| 1920.42, 1920.45, 1920.46, 1920.51, | : | |
| 1920.53, 1920.72, 1920.73, AND 1920.74 | : | DOCKET |
| OF THE PENNSYLVANIA RULES OF | : | |
| CIVIL PROCEDURE | : | |
| | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 3rd day of June, 2019, upon the recommendation of the Domestic Relations Procedural Rules Committee, the proposal having been published for public comment in the *Pennsylvania Bulletin*, 46 Pa.B. 6113 (October 1, 2016), republished 47 Pa.B. 7424 (December 9, 2017), and republished 48 Pa.B. 1814 (March 31, 2018):

It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rules 1920.14, 1920.42, 1920.45, 1920.46, 1920.51, 1920.53, 1920.72, 1920.73, and 1920.74 of the Pennsylvania Rules of Civil Procedure are amended in the attached form.

This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective on October 1, 2019.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.